ACCEPTED
03-15-00121-CR
5050942
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 4:10:53 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00121-CR

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 4:10:53 PM
JEFFREY D. KYLE
Clerk

TOM BENSON
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant, Tom Benson asks this Court to grant an extension of time to file his brief.

### Introduction

1. Appellant is Tom Benson; appellee is The State of Texas.

2. There is no specific deadline to file this motion to extend time. See Tex. R. App. P. 38.6(d).

## Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellant's brief is due on April 27, 2015.

5. Appellant requests the Court to extend the date his brief is due until May 5, 2015.

6. No extension has been granted to extend the time to file Appellant's brief.

7. Appellant needs additional time to file his brief because some technical difficulties have arisen with the preparation of the brief in the manner the rules now require.

## Conclusion

8. The appellant needs and requests an extension until May 5, 2015 to file his brief and the State of Texas does not opposed the request.

## Prayer

9. For these reasons, Appellant asks the Court to grant an extension of time to file his brief until May 5, 2015.

Respectfully submitted,

/s/ Tom Benson

Tom Benson, *Prose*
900 Jackson Street, Suite 750
Dallas, Texas 75202-4461
Texas Bar I.D. 02170500
(214) 742-9898
tomrbenson@gmail.com

## Certificate of Conference

I certify that on April 27, 2015, my office communicated by email with Mr.

Tim Labadie, Assistant Travis County Attorney to tim.labadie@traviscountytx.gov

, Attorney for Appellee The State of Texas who stated that he is unopposed to the

relief requested in the foregoing motion.

/s/ Tom Benson

Tom Benson

## CERTIFICATE OF SERVICE

I certify that I have on this 27th day of April, 2015, before 5:00 P.M., caused a true and correct copy of the foregoing Appellant's UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF to Mr. Tim Labadie, Assistant Travis County Attorney by email to tim.labadie@traviscountytx.gov.


/s/ Tom Benson

_____

Tom Benson